UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD ALEDO AND MARITA ALEDO,<br><br>            Plaintiffs,<br>     v.<br><br>JP MORGAN CHASE BANK, ET AL.,<br><br>            Defendants. | Case No.: C 09-02273 PVT<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

On June 3, 2009, defendants JP Morgan Chase NA (for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from Federal Deposit Insurance Corporation acting as receiver) and California Reconveyance Company moved to dismiss the complaint pursuant to Rule 12(b)(6). On June 10, 2009, this court had ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than June 17, 2009. ("June 10, 2009 Order"). All of the parties have not consented (or otherwise responded to the June 10, 2009 Order)

1 | to jurisdiction of this court.  Accordingly, the above-captioned action shall be reassigned to a district
2 | court judge.
3 |     IT IS SO ORDERED.
4 | Dated:     June 25, 2009

*[signature: Patricia V. Trumbull]*

PATRICIA V. TRUMBULL
United States Magistrate Judge